UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Marko Anthony Hernandez, | Case No. 2:26-cv-01245-CDS-EJY |
| Plaintiff | **Order Accepting the Magistrate Judge's Report and Recommendation** |
| v. | |
| Gilberto M. Gonzalez, et al., | [ECF Nos. 1, 3] |
| Defendants | |

Pro se plaintiff Marko Hernandez initiated this lawsuit against his neighbors, Gilberto M. Gonzalez and Ethan Gonzalez, alleging assault and battery and assault and battery with a deadly weapon. Compl., ECF No. 1-1. Because Hernandez applied to proceed *in forma pauperis*, ECF No. 1, U.S. Magistrate Judge Elayna J. Youchah screened his complaint and issued a report recommending (R&R) dismissal for lack of subject matter jurisdiction. R&R, ECF No. 3. The R&R concludes that the facts alleged do not establish a basis for federal jurisdiction, as Hernandez's claims arise solely under state law. *Id.* at 3.

Hernandez had until May 12, 2026, to file any objections to the R&R. ECF No. 3 at 4 (citing Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file specific written objections with supporting points and authorities within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). However, Hernandez neither objected to the R&R nor requested more time to do so, and "[n]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless reviewed the magistrate judge's findings and agree with the analysis and conclusion. So I accept the R&R in full.

## Conclusion

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is accepted in its entirety**, therefore this action is dismissed without prejudice. The application to proceed in *forma pauperis* **[ECF No. 1] is denied as moot.**

The Clerk of Court is kindly directed to enter judgment accordingly, and to close this case.

Dated: May 18, 2026

_____
Cristina D. Silva
United States District Judge

2